AO 187 (Rev. 7/87) Exhibit List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

DAMIEN MALCOLM

V.

PORTFOLIO RECOVERY ASSOCIATES, LLC

**EXHIBIT LIST**

Case Number: 2:24-cv-00053-CB

| PRESIDING JUDGE<br>Cathy Bissoon | PLAINTIFF'S ATTORNEY<br>Joshua P. Ward<br>Travis Andrew Gordon | DEFENDANT'S ATTORNEY<br>Lauren M. Burnette |
|---|---|---|
| HEARING DATE<br>2/20/2024 | COURT REPORTER<br>Veronica Trettel | COURTROOM DEPUTY<br>Joungsun Miller |
| | DESCRIPTION OF EXHIBITS | |
| Letter written by Robert Sofaly, dated 8/14/2023 | | |
| Letter written by Damien Malcolm, dated 9/28/2023 | | |
| Letter written by Heath Fegely, dated 8/16/2023 | | |
| Letter written by Kayla Kantorowski, dated 9/1/2022 | | |
| Letter written by Steve Shawley, dated 7/8/2022 | | |
| Letter written by Karen Shawley, dated 7/9/2022 | | |
| Agreement for Credit Audit and Repair, signed by Robert Sofaly, dated 5/30/23 | | |

Page 1 of 1 Pages