

Travis Gordon <tgordon@jpward.com>

# Sofaly v. PRA
10 messages

**Lauren Burnette** <lburnette@messerstrickler.com>  Thu, Feb 1, 2024 at 9:48 AM
To: Travis Gordon <tgordon@jpward.com>

Hey Travis,

So, I am still trying to get a clear picture of what PRA wants to do with this matter and the others that are in lockstep with it (Seymour, etc.). We have a Rule 26(f) plan due in this one today and I think we're a few days late on the plan in Seymour, so I think we should get those drafted up and filed and get mediations or ENEs on the schedule, just to avoid pissing off our judges. What are your thoughts?



## Lauren M. Burnette

PARTNER

Main:   (904) 527-1172

Email:   lburnette@messerstrickler.com

Address:   12276 San Jose Blvd., Suite 718

Jacksonville, FL 32223

messerstricklerburnette.com

This message is confidential. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply and delete it, and any attachments, from your system. You may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

---

**Travis Gordon** <tgordon@jpward.com>　　　　　　　　　　　　　　　　　　　　Thu, Feb 1, 2024 at 9:53 AM
To: Lauren Burnette <lburnette@messerstrickler.com>

LAuren,

I sent the drafts for Seymour, Ill get on Sofaly right now.

Are you okay with Sally Cimini?

And do you prefer ENE or Mediation?

Thanks,



**Travis A. Gordon** • Attorney
**J.P. Ward & Associates, LLC** • *Know Your Rights, Right Now!*
Office 412-545-3016 | f. 412-540-3399
e. tgordon@jpward.com | w. www.JPWard.com
s. 201 South Highland Ave. | Suite 201
s. Pittsburgh, PA 15206

NOTE: In January 2021, The Law Firm of Fenters Ward changed its name to J.P. Ward & Associates, LLC. This does not alter the attorney client relationship in any way.

This e-mail message and any files transmitted with it are subject to attorney-client privilege and may contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Also, please be aware that if you are not the intended recipient, any review, disclosure, copying, distribution or any action or reliance based on this message is prohibited by law. Read more

[Quoted text hidden]

---

**Lauren Burnette** <lburnette@messerstrickler.com>   Thu, Feb 1, 2024 at 10:00 AM
To: Travis Gordon <tgordon@jpward.com>

Yep, I just need to fill in the "by defendant" part of the Seymour plan which I will do in just a few. I'm fine with Sally Cimini and I'll make whatever dates work, since we're Zooming these days instead of doing things in person (which I am NOT complaining about). Let's go with ENE just to be safe? We can always ask that it be switched to a mediation session. I just don't know if I'm going to get monetary settlement authority in any of these because I don't know what PRA's position is going to be, so I don't want to commit to mediation and then turn out to have no money. That would be a dick move by me and I try really hard not to be a dick.



**Lauren M. Burnette**

**(904) 527-1172**

[Quoted text hidden]

---

**Travis Gordon** <tgordon@jpward.com>                                                                 Thu, Feb 1, 2024 at 10:05 AM
To: Lauren Burnette <lburnette@messerstrickler.com>

Okay, I'm happy to have a quick phone call to discuss what's going on here, it's a little different than the AIM credit disputes that we mediated last time.



Travis A. Gordon  •  Attorney
**J.P. Ward & Associates, LLC**  •  *Know Your Rights, Right Now!*
Office 412-545-3016  |  f. 412-540-3399
e. tgordon@jpward.com  |  w. www.JPWard.com
s. 201 South Highland Ave.  |  Suite 201
s. Pittsburgh, PA 15206

NOTE: In January 2021, The Law Firm of Fenters Ward changed its name to J.P. Ward & Associates, LLC. This does not alter the attorney client relationship in any way.

This e-mail message and any files transmitted with it are subject to attorney-client privilege and may contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Also, please be aware that if you are not the intended recipient, any review, disclosure, copying, distribution or any action or reliance based on this message is prohibited by law. Read more

[Quoted text hidden]

---

**Lauren Burnette** <lburnette@messerstrickler.com>  Thu, Feb 1, 2024 at 10:21 AM
To: Travis Gordon <tgordon@jpward.com>

Sounds good—I am swamped this morning but free this afternoon. Is there a good time for me to call you?

[Quoted text hidden]

---

**Travis Gordon** <tgordon@jpward.com>  Thu, Feb 1, 2024 at 10:53 AM
To: Lauren Burnette <lburnette@messerstrickler.com>

Lauren,

I have a bunch of calls scheduled today, none should take that long and Im in the office all day. So just call my office line (412) 526-6777. If I do not answer- Ill call you back within a few minutes. But, I will be the busiest from 2:30-4:30pm today.

Thanks,



Travis A. Gordon  •  Attorney
**J.P. Ward & Associates, LLC**  •  *Know Your Rights, Right Now!*
Office 412-545-3016  |  f. 412-540-3399
e. tgordon@jpward.com  |  w. www.JPWard.com
s. 201 South Highland Ave.  |  Suite 201
s. Pittsburgh, PA 15206

NOTE: In January 2021, The Law Firm of Fenters Ward changed its name to J.P. Ward & Associates, LLC. This does not alter the attorney client relationship in any way.

This e-mail message and any files transmitted with it are subject to attorney-client privilege and may contain confidential information intended only for the person(s) to whom

this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Also, please be aware that if you are not the intended recipient, any review, disclosure, copying, distribution or any action or reliance based on this message is prohibited by law. Read more

[Quoted text hidden]

---

**Travis Gordon** <tgordon@jpward.com>    Thu, Feb 1, 2024 at 1:26 PM
To: Lauren Burnette <lburnette@messerstrickler.com>

26(f) and ADR for Sofaly



**Travis A. Gordon** • Attorney
**J.P. Ward & Associates, LLC** • *Know Your Rights, Right Now!*
Office 412-545-3016  |  f. 412-540-3399
e. tgordon@jpward.com  |  w. www.JPWard.com
s. 201 South Highland Ave.  |  Suite 201
s. Pittsburgh, PA 15206

NOTE: In January 2021, The Law Firm of Fenters Ward changed its name to J.P. Ward & Associates, LLC. This does not alter the attorney client relationship in any way.

This e-mail message and any files transmitted with it are subject to attorney-client privilege and may contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Also, please be aware that if you are not the intended recipient, any review, disclosure, copying, distribution or any action or reliance based on this message is prohibited by law. Read more

[Quoted text hidden]

**2 attachments**

 **24-2-1, 26(f) DRAFT, Sofaly.docx**
37K

 **24-2-1, ADR Stip, Sofaly.pdf**
157K

---

**Travis Gordon** <tgordon@jpward.com>  Thu, Feb 1, 2024 at 2:01 PM
To: Lauren Burnette <lburnette@messerstrickler.com>

woops - use this one, sorry.



**Travis A. Gordon** • Attorney
**J.P. Ward & Associates, LLC** • *Know Your Rights, Right Now!*
Office 412-545-3016  |  f. 412-540-3399
e. tgordon@jpward.com  |  w. www.JPWard.com
s. 201 South Highland Ave.  |  Suite 201
s. Pittsburgh, PA 15206

NOTE: In January 2021, The Law Firm of Fenters Ward changed its name to J.P. Ward & Associates, LLC. This does not alter the attorney client relationship in any way.

This e-mail message and any files transmitted with it are subject to attorney-client privilege and may contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Also, please be aware that if you are not the intended recipient, any review, disclosure, copying, distribution or any action or reliance based on this message is prohibited by law. Read more

[Quoted text hidden]

---

**2 attachments**

 **24-2-1, 26(f) DRAFT, Sofaly.docx**
37K

 **24-2-1, ADR Stip, Sofaly.pdf**
157K

---

**Lauren Burnette** <lburnette@messerstrickler.com>　　　　　　　　　　　　　　Thu, Feb 1, 2024 at 2:03 PM
To: Travis Gordon <tgordon@jpward.com>

Lol no problem, will flip this back to you in a few and will call you later this afternoon.

Get Outlook for Android

---

**From:** Travis Gordon <tgordon@jpward.com>
**Sent:** Thursday, February 1, 2024 2:01:00 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Lauren Burnette** <lburnette@messerstrickler.com>　　　　　　　　　　　　　　Thu, Feb 1, 2024 at 3:11 PM
To: Travis Gordon <tgordon@jpward.com>

Here you go Travis. I think you have everything to file, yes? Let me know if you need something else from me but I think we're good.

[Quoted text hidden]

---

 **Sofaly - Rule 26(f) Report.docx**
38K