### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT SOFALY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 23-2018 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) ) ) | |
| Defendant. | ) | |

-----------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| DAMIEN MALCOLM, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 24-53 |
| v. | ) | |
| | ) | Judge Cathy Bissoon |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) ) ) | |
| Defendant. | ) | |

### **MEMORANDUM**

Defendant's Motion for fees and costs, which has been cross-filed in the two cases, will be granted. The legal standards recited in Defendant's Motion are accurate and controlling, and the attorney's fees, costs and expenses are documented in detail. Counsel have provided thorough billing statements, assessed in tenth-of-an-hour increments. The hours billed are commensurate with the procedural postures in each case. The Court finds counsels' billing rates, and hours spent, to be reasonable.

The Court will award $20,531.00 in attorney's fees in <u>Sofaly</u>, and $3,356.00 in <u>Malcolm</u>. Expenses and costs will be awarded in a total amount of $4,499.90, prorated evenly between the cases.  Orders in each case will follow.


October 15, 2024                                                        <u>s/Cathy Bissoon             </u>
                                                                              Cathy Bissoon
                                                                              United States District Judge


cc (via ECF email notification):

All Counsel of Record